David L. Mazaroli
Attorney for Plaintiff
250 Park Avenue
New York, NY 10177
Tel. (212)267-8480
Fax. (212)732-7352

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 2, 2014

---------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
INDEMNITY INSURANCE COMPANY OF          :   ECF CASE
NORTH AMERICA as subrogee of Perrigo Co.,
                                         :
                    Plaintiff,           :   14 Civ. 8165 (PAC)
                                         :
       - against -                       :   STIPULATION AND ORDER
                                         :   OF DISMISSAL WITHOUT
FOODLINER, INC.,                             PREJUDICE
                                         :
                    Defendant.
---------------------------------------------------------x

WHEREAS, the parties have reached a settlement which requires that defendant Foodliner, Inc. pay plaintiff Twenty Two Thousand Dollars ($22,000.00) by December 16, 2014;

IT IS HEREBY STIPULATED AND AGREED that this action is discontinued pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without prejudice and with each party to pay its own costs and attorneys fees.

IT IS FURTHER STIPULATED AND AGREED that, if the settlement funds are not paid to plaintiff by the above date, this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel, provided said application is made within thirty (30) days of the entry of this Order on the ECF docket;

IT IS FURTHER STIPULATED AND AGREED that the Court retains jurisdiction to enforce the settlement; and

14 Civ. 8165(PAC)
Stipulation & Order of Discontinuance
Without Prejudice
Page 2 of 2

IT IS FURTHER STIPULATED AND AGREED that upon timely receipt by plaintiff of all settlement funds, a stipulation of dismissal with prejudice will be submitted to the Court.

Dated: New York, New York
       December  2 , 2014

So Ordered:

_____
UNITED STATES DISTRICT JUDGE

Hill Rivkins, LLP
Attorneys for Defendant
FOODLINER, INC.

By_____
   Teresa Dooley
45 Broadway, Suite 1500
New York, NY 10006
Tel. (212) 669-0600
Fax (212) 669-0698
e-mail: tdooley@hillrivkins.com

Law Office
David L. Mazaroli

By_____
   David L. Mazaroli
Attorney for Plaintiff
250 Park Avenue – 7th Floor
New York, NY 10177
Tel. (212)267-8480
Fax (212)732-7352
e-mail: dlm@mazarolilaw.com