Crotty, P.

David L. Mazaroli
Attorney for Plaintiff
250 Park Avenue
New York, NY 10177
Tel. (212)267-8480

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 22, 2014

-----------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

INDEMNITY INSURANCE COMPANY OF : ECF CASE
NORTH AMERICA as subrogee of Perrigo Co.
                                        :
            Plaintiff,
                                        :   14 Civ. 8165 (PAC)
    - against -
                                        :   STIPULATION AND ORDER
                                            OF DISMISSAL WITH
FOODLINER, INC.,                        :   PREJUDICE

            Defendant.                  :
-----------------------------------------------------------x

WHEREAS, the Court was previously informed that this action is settled;

WHEREAS, the settlement funds have been received by plaintiff;

IT IS HEREBY STIPULATED AND AGREED that the dismissal order previously entered herein [Docket # 7] shall have with-prejudice effect, but with each party to pay its own costs and attorneys fees.

Dated: New York, New York
       December 22, 2014

So Ordered:

_____
UNITED STATES DISTRICT JUDGE

[counsel signatures on p. 2]

14 Civ. 8165(PAC)
Stipulation & Order of Discontinuance
With Prejudice
Page 2 of 2

| | |
|---|---|
| Hill Rivkins, LLP<br>Attorneys for Defendant<br>FOODLINER, INC.<br><br>By _____<br>Teresa Dooley<br>45 Broadway, Suite 1500<br>New York, NY 10006<br>Tel. (212) 669-0600<br>Fax (212) 669-0698<br>e-mail: tdooley@hillrivkins.com | Law Office<br>David L. Mazaroli<br><br>By _____<br>David L. Mazaroli<br>Attorney for Plaintiff<br>250 Park Avenue – 7th Floor<br>New York, NY 10177<br>Tel. (212)267-8480<br>Fax (212)732-7352<br>e-mail: dlm@mazarolilaw.com |